IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURIE MALONE | : |
| Plaintiff, | : CIVIL ACTION NO. 17-5372 |
| v. | : |
| CITY OF PHILADELPHIA | : |
| Defendant. | : |

FILED
JUN 1 2 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 12th day of June, 2018, it is ORDERED that Plaintiff may take the deposition of Rufus Seth Williams pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Tuesday, June 19, 2018**, beginning at 9:30 a.m. and ending at 3:30 p.m. at FCI Morgantown, 446 Greenbag Road, Morgantown, WV, 26501. The deposition shall be conducted before an officer authorized by law to administer oaths. The deposition shall be transcribed by a stenographer (pursuant to FCI Morgantown's time restrictions and other FCI rules/procedures).

BY THE COURT:

_____
Juan R. Sánchez, J.